IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Benjamin Todd, | Case No. 3:20 CV 1374 |
| Plaintiff, | ORDER ADOPTING <u>REPORT AND RECOMMENDATION</u> |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Benjamin Todd applied for Social Security disability benefits in 2018 (Doc. 12 at 1). After denials at all stages of the administrative process, he filed a Complaint in this Court (Doc. 1). The Complaint seeks judicial review of the Commissioner's determination that Todd is not entitled to benefits (*id.* at 1–2).

The case was automatically referred to Magistrate Judge Thomas Parker under Local Civil Rule 72.2(b)(1) (Non-Doc. Entry 6/23/2020). He then issued a Report and Recommendation ("R&R") which recommends the case be remanded for further administrative proceedings. As outlined in the R&R, the Administrative Law Judge relied on improper reasoning, gave inadequate explanations, and "failed to build an accurate and logical bridge between the evidence and his conclusion that [the] opinion[s] [were] substantially inconsistent with the medical record" (Doc. 15 at 13–17).

The Commissioner does not object to this conclusion (Doc. 16). Having reviewed the R&R, this Court adopts it in its entirety. The Clerk shall reverse and remand this case for further administrative proceedings consistent with this Order.

IT IS SO ORDERED.

                                           s/ *Jack Zouhary*
                                         JACK ZOUHARY
                                         U. S. DISTRICT JUDGE

                                         June 21, 2021